# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LINCOLN ABRAHAM MARTIN, | Case No. 5:25-cv-02459-HDV-DFM |
| Petitioner, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline.

Accordingly, IT IS HEREBY ORDERED:

1.     The Magistrate Judge's Report and Recommendation (Dkt. 26) is ACCEPTED and ADOPTED in its entirety.

2.     Respondent's Motion to Dismiss (Dkt. 6) is GRANTED.

3.     To the extent Petitioner requests leave to amend his Petition (Dkt. 27), Petitioner's request is denied.

///

///

///

///

4.    The Petition for a Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE.

Date:  June 11, 2026

_____
HERNÁN D. VERA
United States District Judge