# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LINCOLN ABRAHAM MARTIN, <br><br> Petitioner, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondent. | Case No. 5:25-cv-02459-HDV-DFM <br><br> JUDGMENT <br><br> **JS-6** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED and this action is DISMISSED WITHOUT PREJUDICE. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date:  June 11, 2026

HERNÁN D. VERA
United States District Judge